UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JML ENGINEERING & CONSTRUCTION, INC., <br><br> Defendant. | Case No. 23-cv-01067-RS <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION OF DEFAULT JUDGMENT** |

Plaintiffs the Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern California et al. move for default judgment against Defendant JML Engineering and Construction, Inc. Defendant has failed to appear. The assigned magistrate judge recommended that the motion for default judgment be granted.

No objections to the Report and Recommendation have been filed, and the time for doing so has expired. The Report and Recommendation is adopted and Plaintiffs are awarded (i) $40,405.67 for reported, paid, but late contributions, (ii) $13,000.45 in liquidated damages and interest on delinquent contributions discovered via audit, (iii) $231,811.45 in reported but unpaid contributions, with liquidated damages and interest, (iv) $69,526.25 in unreported and unpaid contributions, with liquidated damages and interest, and (v) $14,174.91 in reasonable attorneys' fees and costs, resulting in a total of $368,918.73.

1  **IT IS SO ORDERED**.

3  Dated: September 4, 2024

_____
RICHARD SEEBORG
Chief United States District Judge