UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>JML ENGINEERING & CONSTRUCTION, INC.,<br><br>　　　　Defendant. | Case No.  23-cv-01067-RS<br><br>**JUDGMENT** |

Pursuant to the Order Adopting the Report and Recommendation of default judgment, Dkt. No. 27, and Federal Rule of Civil Procedure 58, judgment is entered for plaintiffs and against defendant in the amount of (i) $40,405.67 for reported, paid, but late contributions, (ii) $13,000.45 in liquidated damages and interest on delinquent contributions discovered via audit, (iii) $231,811.45 in reported but unpaid contributions, with liquidated damages and interest, (iv) $69,526.25 in unreported and unpaid contributions, with liquidated damages and interest, and (v) $14,174.91 in reasonable attorneys' fees and costs, resulting in a total of $368,918.73.

**IT IS SO ORDERED**.

Dated: September 18, 2024

_____
RICHARD SEEBORG
Chief United States District Judge